Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT
for the

_Northern_ District of _California_

_____ Division

Lydia Arlene Epson Vaughn

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Plaintiff(s)

-v-

American Canyon, Ca. Sheriff's Department

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

FILED

DEC 29 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BNS
IFPP

Case No.

C20-09484    JSC

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lydia Arlene Epson-Vaughn |
| Street Address | 141 Thresher Dr. |
| City and County | Vallejo          Solano |
| State and Zip Code | Calif   94591 |
| Telephone Number | 707 649 1657   Cell 707 467-7751 |
| E-mail Address | Lady L 2058@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Schneider
American Canyon Police Sheriff's Office
1535 Airport Blvd
American Canyon, Solono
Napa, Ca. 94558-6292
(707) 299-1100

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Iona
American Canyon Police Sheriff's Office
1535 Airport Blvd.
American Canyon, Solono
Napa, Ca 94558-6292
(707) 299-1100

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Amara
America Canyon Police Sheriff's Off.
1535 Airport Blvd.
America, Canyon, Ca. Solono
Napa, Ca 94558-6292
(707) 299-1100

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

defendant is an individual

(B) The defendent (name) Tong                is a citizen
the state of . California

(C) If the defendant is an individual
The defendant (name) Amana        is a citizen
The state of (name) California)
These two officer names where
given two me. I only know
what the look like.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Push in the Nose Curse, spit on, sexual abuse, Profile, pick up by the neck wrestle down in car, ground unil I had a stroke. still feet dangle off the

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Lydia Helex Epson Vaughn , is a citizen of the State of *(name)* California .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* Schnider , is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)* California .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation American Canyon Police.

The defendant, *(name)* Napa County Sheriff , is incorporated under

the laws of the State of *(name)* , and has its

principal place of business in the State of *(name)* Calif.

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Hospital bills due to injuries, cost of being Prof.le, harass, verbal abuse, sexual abuse, pick up by neck, choke, had a stroke, knee is displace, totally. Can not walk straight, and lost a vertibrate in my back.

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

One officer sexualy abuse me, another officer spite and punch me in the eye, also wrestle me in the car, and the third officer pick me up by the neck while my feet dangle off the ground unit. I had a stroke I was walking into Walmart in America Canyon, CA. The DA sent me a video from Walmart that has the wrong date, description of vechical wrong not my car, are me, body cams, were turn on & off. No video shows the complete story. Happen Dec 20, 2019 approx 9:45-11:4

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Body damage, just walking into store, hate crime, $20 million, several surgery. Hate crime, Vertebrate damage in back. Due to being a American Disable Veteran. had already

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

damage inside of body, these three officers continue to do more damage, and I was not even defendy by country as I did in the war. Just recovery from bladder, colon, sciatic never in back, during surgery at Palo Alto VA.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 18, 2020

Signature of Plaintiff    Lydia Arlene Egson Vaughn

Printed Name of Plaintiff    Lydia Arlene Egson Vaughn

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

INSPECTED BY

DEC 29 2020

U.S. MARSHALS SERVICE

BARBARA LEE
13th District, CALIFORNIA

DEMOCRATIC STEERING
AND POLICY COMMITTEE
Vice Chair

COMMITTEE ON APPROPRIATIONS
Member, Subcommittee on
Labor, Health and Human Services, Education
and Related Agencies
Member, Subcommittee on
State, Foreign Operations and Related Programs
Member, Subcommittee on
Military Construction-Veterans Affairs

COMMITTEE ON THE BUDGET

Congress of the United States
House of Representatives
Washington, D.C. 20515-0509

WASHINGTON OFFICE
67 Rayburn House Office Building
Washington, D.C. 20515
Phone: (202) 225-2661
Fax: (202) 225-9817

DISTRICT OFFICE
1301 Clay Street, Suite 1000N
Oakland, CA 94612
Phone: (510) 763-0370
Fax: (510) 763-6538

website: lee.house.gov

## Casework Intake Form

### Complete, sign, and return to:
**OFFICE OF CONGRESSWOMAN BARBARA LEE**
1301 Clay Street, Suite 1000-N · Oakland, CA 94612
Fax: (510) 763-6538

*Please note: Congressional offices respond to issues dealing with the Federal Government and its agencies.*

| | |
|---|---|
| Date of Birth: | Oct 20, 1958 |
| First Name: | Lydia |
| Last Name: | Epson Vaughn |
| Street Address: | 141 Thresher Drive |
| City: | Vallejo, Ca.   Zip Code: 94591 |
| Email Address: | lydia.epson@yahoo.com |
| Home Phone: | 707 649-1657   Cell Phone: 707 467-7751 |
| Federal Agency Involved: | No - Napa County Sheriff American Canyon Police |
| Social Security # | 546 08 3283   Agency File # A20019587 |

**Please circle one:**

| | | |
|---|---|---|
| Have you contacted our office before? 2002, helped If Yes, which office and when? Personally with Taxes | No | **Yes** |
| Have you contacted another Congressional Office about this matter? If Yes, which office and when? | **No** | Yes |
| Is this matter currently pending before a local, state, or federal court? If Yes, where? Criminal Charges. | No | **Yes** |

Please briefly **explain your problem on the reverse side of this form**. Outline the steps that both you and the federal agency have taken to solve it and make your request for assistance as specific as possible. **Should you require more room, feel free to attach a letter addressed directly to the Congresswoman and/or photocopies of additional documentation.**

The undersigned, being a constituent of the 13th Congressional District, does herewith authorize Congresswoman Barbara Lee or any duly appointed staff in the Office of said Congresswoman to speak with the above-named agency on my behalf, and to receive any information otherwise confidential under existing federal or state agency or official resulting from the release of information regarding the undersigned.

With my signature below, I hereby authorize Congresswoman Barbara Lee and her staff to make inquiries and obtain information related to my case currently pending with the above mentioned federal agency.

| Lydia Helene Epson Vaughn | Lydia Arlene Epson Vaughn |
|---|---|
| **Name of Constituent** | **Signature of Constituent** |
| 12/28/2020 | |
| **Date** | **Signature of Staff Executing Release** |

PRINTED ON RECYCLED PAPER

# Napa County Sheriff's Office
## Formal Citizen's Complaint Form

| COMPLAINANT<br>Name- Last, First Middle | COMPLAINANT<br>Residence Address |
|---|---|
| Lydia Helene Epson Vaughn | 141 Thresher Dr.<br>Vallejo, Ca. 94605 |

| Date of Birth | Home/Business Phone #'s | Business/School Address |
|---|---|---|
| 10/20/1958 | 707 649-1657 (H)<br>707 467-7751 (cell) | N/A |

| WITNESS<br>Name- Last, First Middle | WITNESS<br>Residence Address |
|---|---|
| Ayesha Jackson PA<br>(Epson) | 518 N. Locust Dr.<br>Vallejo, Ca. 94511<br>Afta Bates |

| Date of Birth | Home/Business Phone #'s | Business/School Address |
|---|---|---|
| 4/12/69 | 916 308-8898 | & Summit hospital |

Who are you making the complaint about? Officer C. Sander #266
& the two officers with him
(Deputy's Name or Vehicle No.)

What do you believe the Deputy did wrong? Harassment, racial,
picked by it around by the neck, but I had a stroke confirm by CT scan.
Elderly abuse, sexual abuse, physical abuse,
and hate crime. My name is Lydia Helene
Epson Vaughn, I am a War Veteran unemployable
who had 21 surgery since the war due to the war
except 2. Was still healing from the last surgery
and had stiches in my private area. On Dec 20, 2019,
I got to Walmart approx. 9:25pm, I parked in the
handicap park with my disable handicap plates, veteran
plates. While parked waiting for my nephew,
to get off work at 10pm, I arrived early.

Where did this happen? Walmart in American Canyon
In the handicap park by the food entrance.

When did this happen? 12/20/2019 approx 9:35 AM/ PM (circle one)
(Date)　　　　　　　(Time)

Took place on December 20,2019. American Canyon Walmart parking lot

Calif.

As I text to let my nephew know, I'm waiting outside. As I listen to my gospel music and talk with lady park next to me waiting for her person she picks up.which we had been doing this for last year.Three police car pulled up behind me , quiet.

The 3 officers proceeded to the car that just pulled in, and the gentleman was pulled from his car and was told he robbed it. His wife was saying we just got here. She was told to be quiet before they arrested her.

The 3 officers return outside with no one, the manager told them not to bring anyone else in the store and nobody has robbed Walmart. The couple later came out after shopping. The officers saw me taking videos of them hasseling people.

The officers then proceeded to drive evenly while in different lanes. I got back into my car which was parked in the handicap by the grocery entrance. I looked in it was 9:50pm approx. I had noticed that the police officer rode by me 3 times. The fourth time he decided to park, I paid no attention since I've never been in trouble with the law. At approx. 9:53pm I proceeded to get out of my car to get a soda. As I left the car the police inch his car from where he was parked, and turned his light on me while I was walking. I asked if I could help him, the officer said he thought I was in distress, and was taking a nap since he saw my head go down and he noticed from somewhere else he was parked and from where he was now. I told him I had a small surgery procedure due early that morning. ButI'm not under distress. I'm moving and i had my head now i was texting, beside Walmart let you sleep in your car in the parking lot I then said may I help you , the officers started looking around. And he finally said what that shit, I asked what was he talking about. He then pointed towards my car and said that, I was what that is . We both proceeded to walk back to my car, and I said what are you talking about ,he said okay I stand that, I said do you mean my plates on my car. He said yes. I told him my disable veteran plates, I was in the war and I had PTSD. War trauma is bad. He told me I was lying. I was never in a war ,that I stole my license plate. I then asked him if he would like to see my driver license,he then said I stole the license plate. The officer then said the plates belong to a truck. I told him I had a pink slip to three Ford trucks, he then said I was lying, I again asked him would like to see my license in registration. All he said I was lying, I again asked him if he would like my registration and license.

He finally told me to go get it. I walk to the car door from the trunk , I bend over in the car to the glove compartment , then I was told to stand up. I said no you didn't, the police officer in the back told me to get my license and registration. He said that was me, I said no you're not , he said I did, if I tell you to kiss the ground you will do that. I told him the officer was short, I have to look up to see you. He then said stand up, as I went to get up ,this officer turned me around the way I could not get up.That way, the other way in stand up, I said I couldn't turn that way I had a surgery procedure done this morning. The officer that tackled me in my car ,spit in my face and tore my stitches , I then pushed him off of me. The stitches are torn. Are you happy, I asked him how old he was and where is the offices that came first, he left. I asked if it was by the hood of the officer who originally stopped me when I was Walking to enter the store

About a min., went by. The officer that was standing by the car door, walked over to me and punched me in my right eye. I never was rude or called these officers out of their name, no one was in my car on the driver side, he stood by the passenger door on the driver side. H Have gotten my license or registration they never did.

After he hit me I asked him why he did that, before he hit me, they asked each other how they were going to put the cuff on,and take me somewhere ,he was told it's too many people looking. I never looked to see the other officers. Then all of a sudden he said I was out of control . I was just standing there. Then someone came behind me and picked me off the ground (where you chin in neck meant )., on each side to where my feet were dangling, that when the doctors believe I had a stroke.

I could not breath, I have COPD from the war. I have had over 20 surgeries since the war; all surgeries were mainly things that happened to me from the war.. Two other officers grab my legs on each side, thn my knee was ram twice into the cement ebakment, my head was bump into the tree two or more times, , one of these officer put his knee across my neck and his hand into m y eye and while on the ground someone was playing with my private parts. Also one of the officers put his knee right in the sciatic nerve which had been cut during another surgery by accident, which was healing. After that they handcuffed me and started searching me. I had no weapon on me but the officer decided he wanted to go in my pants pocket and then I told him it was against the law for him to search me like this he told the other two police one to pull one hand up and the other to pull down, which I had handcuff on, that why it look like i had two pairs of handcuffs on. I told him the pocket goes down the side not in the middle where my private parts are. IT was 43 degrees outside and they took my coat off, which my body can not take the cold due to other surgeries I have had. The officer who approached me at the beginning came back with an off duty sheriff ,he asked me if I was in detroit, I said yes I could not breathe, he asked if I had an inhaler and I said yes in the car. When the off duty sheriff came back he inserted my inhaler in my mouth. He told the police officers that my registration and license was in the car, that the plates were my. The officers still did not go get it. kAlong with other things he told them that I was a war hero, was running for president, that I had sued the VA as well. He asked them what they were doing, no one could talk, he asked them what was wrong with them.

The off duty sheriff told me he would call an ambulance for me and he had to go. He wanted no part in what they were doing to  me. I had done nothing wrong.. Hee left  when my nephew came out from work (Malik Coleman). He had told the officers that I was an unexplorable war veteran. That I had a surgery procedure done that morning. When the ambulance arrived my sister arrived as well. Thee officers assumed my sister was a police,

She asked if I was under arrest, she was told no, she asked why I had handcuffs on then. No one said anything. She then asked why the officer was pulling on me. I was sitting on the ambulance  gerdey , he had pulled on me three times for no reason. The officer that initially stopped me came over and took the handcuff off. HE then asked me for my address and birthday, The officers never got my ID. are registratio.My blood pressure was 232 over 243. I told the ambulance driver that I would go straight to the hospital, my PTSD was so bad I could not get in the ambulance. The ambulance man asks them what was wrong with them and why is he pulling on me the officer that hit me and spit on me. As I returned to my car I was told I could not drive because they said so,.

...one by the American Ganyo

I would liked you to know in the claim is everything that was said & done to me is the truth.. There was no arrest even the ambulance driver was upset because the officer that tackel me Kept grabbing on me as he was trying to take my blood pressure, and told the officer what was his problem, I was not under arrest, my sister also ask him what was his problem why was he grabbing on me sinse I was not under arrest, she even ask them was I under arrest the officer said no, which is missing from there body camera. The video from Walmart is from the wrong date, not my car are me at the beginng all of a sudden after the flash in the video I appear. I was park in a handicap stall. Also the off duty sheriff that put the inhaler in my mouth is missing. I do know one vertibrate is missing from my back, a black eye knee is push all the way over toward the inside of my body, had a stroke after I was pick up from my neck, like being hung. Had a CT scan that night also vertical from the officer dropping now on my forhead with all his body weight. I do not know two of the officer names I do know what they look like. This happen on 12/20/2019, the video is on 12/21/2019. Yes my PTSD doctors did 9/11, Gloria Greace, and Darrah West up. I had trama from the war, I do not forget what happen, that what my PTSD is. If war is whe I came home from the war.

her. The VA, trying to removed my ovarus, instead my bladder, colen, instenting and satitio neve was cut ope to how sugery. The I had the police, prafile, hassel vebal abuse, sexual abuse, spit on, (hung). There is to much missing from the bodycam.. I can't even walk straight without tripping, pick up my bowling ball. My left side of my body has been totally meses up, I do have medical record, just found out my rotauy cup in left shoulder is just about torn. I am already off work from the VA. I'm a Ser. Network Computer Program & tech Hardward, CPA, Interior Decorator lic, all lic barber, and could still do sports not anymore.

What I what done I file a tort claim, than I receied criminal charges. Which I did nothing criminal, the video have been modified, I would like help getting an attoney, no one will take the case because of criminal charge. I was told I stole the lic plate on my car disable verfern plates. I was told thy belong to an F150 yes my F150, the knife was in the can after being sharpen, I was not driving with it. As I stated I was walking into the store picking my nephew up. I have file oth civil, crimal in federal court and proceeding or ny own, it not all about the money, it for anyone ever bee hung I survived it with damage to my eck. This is how Barbara Lee can help me.

Lydia Arlene Epson Vaughn
1411 Threster Dr.
Vallejo, Ca  94591     707 467-7751      →

②